UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-09
```

WANDA AGUILA, as mother and natural guardian of
Wanda Diaz, et al.,

                          Plaintiffs,

                - against -

THE CITY OF NEW YORK, et al.,

                          Defendants.

ORDER

09 Civ. 2072 (RJS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

     **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference with the Court on **December 7, 2009, at 10:00 a.m.**

     On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this order, if you need further information direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 24th day of November 2009**
New York, New York

*Ronald Ellis* (signature)

The Honorable Ronald L. Ellis
United States Magistrate Judge